

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is granted. We order appellant's brief due June 14, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court